**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ronald Lee Chamberlain Sr. <br> & <br> Donna L. Chamberlain <br><br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-14473 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Matteo S. Weiner , Esquire**
                      Matteo S. Weiner, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734