Am Honda Fin
201 Little Falls Dr
Wilmington, DE 19808

Capital One
Po Box 26625
Richmond, VA 23261

Chase Card
Po Box 15298
Wilmington, DE 19850

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Comenity Bank/kingsize
Po Box 182789
Columbus, OH 43218

Comenity Bank/womnwthn
4590 E Broad St
Columbus, OH 43213

Comenity Capital/hsn
995 W 122nd Ave
Westminster, CO 80234

Comenitybank/wayfair
Po Box 182789
Columbus, OH 43218

Comenitybk/brylane
Po Box 182789
Columbus, OH 43218

Comenitycap/boscovs
Po Box 182120
Columbus, OH 43218

Dsnb Macys
Po Box 8218
Mason, OH 45040

Elan Financial Service
Po Box 108
Saint Louis, MO 63166

Exxmblciti
Po Box 6497
Sioux Falls, SD 57117

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lvnv Funding Llc
C/o Resurgent Capital Services
Greenville, SC 29603

Mason
PO Box 2808
Monroe, WI 53566-8008

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Montgomery Ward
1112 7th Avenue
Monroe, WI 53566-1364


Pnc Bank, N.a.
Po Box 3180
Pittsburgh, PA 15230


Pnc Mortgage
Po Box 8703
Dayton, OH 45401


Ppl Gold Credit Union
4703 Hamilton Street
Allentown, PA 18103


Sears/cbna
Po Box 6189
Sioux Falls, SD 57117


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117


Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896


Syncb/lenscrafters
C/o Po Box 965036
Orlando, FL 32896


Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/sams Club
Po Box 965005
Orlando, FL 32896


Syncb/walmart
Po Box 965024
Orlando, FL 32896


Thd/cbna
Po Box 6497
Sioux Falls, SD 57117


U.S. Department of Labor
Office of Workers' Comp Programs
PO Box 8300 District 3 Phi
London, KY 40742-8300


Webbank/dfs
1 Dell Way
Round Rock, TX 78682


Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303


Wfds
Po Box 1697
Winterville, NC 28590