United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14473-ref
Ronald Lee Chamberlain, Sr.                                             Chapter 13
Donna L Chamberlain
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Jan 25, 2018
                              Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db/jdb         +Ronald Lee Chamberlain, Sr.,   Donna L Chamberlain,   1335 Wayne Street,
                 Easton, PA 18045-5955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Defendant    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank National Association
               bkgroup@kmllawgroup.com
              PAUL EDWARD TRAINOR    on behalf of Plaintiff Ronald Lee Chamberlain, Sr.
               trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Ronald Lee Chamberlain, Sr. trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Plaintiff Donna L Chamberlain trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Joint Debtor Donna L Chamberlain trainorlawoffices@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ronald Lee Chamberlain, Sr. and
Donna L Chamberlain
       Debtor(s)                                      Chapter: 13
                                                         Bankruptcy No: 17−14473−ref

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 25, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Richard E. Fehling
                                                         Judge ,
                                                         United States Bankruptcy Court

                                                                           38
                                                                  Form 155