IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 17-14473 |
| RONALD LEE CHAMBERLAIN, SR. and | : | |
| DONNA L. CHAMBERLAIN, | : | |
| Debtors | : | CHAPTER 13 |

**CERTIFICATE OF NO RESPONSE**

I, Paul Edward Trainor, Esquire, counsel for Debtor, in the Motion to Amend Chapter 13 Plan After Confirmation in the above-captioned case, do hereby certify that no answer, objection or other responsive pleading has been served upon me by any interested parties, and that, therefore, the Court may, upon consideration of the record, grant the requested Motion.

May 30, 2018    /s/    Paul Edward Trainor, Esquire
PAUL EDWARD TRAINOR, ESQ.
I.D. NO. 35627
Counsel for Debtors
1275 Glenlivet Drive, Suite
Allentown, PA  18106-3107
(610) 434-7004
(484) 224-2999 Fax
trainorlawoffices@gmail.com

Mr. and Mrs. Ronald Chamberlain          Frederick L. Reigle, Esquire
1335 Wayne Street                         Chapter 13 Trustee
Easton, PA  18045                         PO Box 4010
                                          Reading, PA  19606-0410

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107