IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 17-14473 |
| RONALD LEE CHAMBERLAIN, SR. and | : | |
| DONNA L. CHAMBERLAIN, | : | |
| Debtors | : | CHAPTER 13 |

## ORDER

Upon consideration of the Motion to Amend Debtors' Chapter 13 Plan after Confirmation, IT IS HEREBY:

ORDERED that the Debtors' Fourth Amended Chapter 13 Plan is confirmed.

BY THE COURT:

**Date: May 30, 2018**

_____
J.