United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14473-ref
Ronald Lee Chamberlain, Sr.                                               Chapter 13
Donna L Chamberlain
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet                Page 1 of 1             Date Rcvd: May 30, 2018
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db/jdb         +Ronald Lee Chamberlain, Sr.,    Donna L Chamberlain,    1335 Wayne Street,
                 Easton, PA 18045-5955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:29:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Defendant    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Defendant    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JACK M. SEITZ    on behalf of Mediator Jack M. Seitz jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank National Association
               bkgroup@kmllawgroup.com
              PAUL EDWARD TRAINOR    on behalf of Plaintiff Ronald Lee Chamberlain, Sr.
               trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Ronald Lee Chamberlain, Sr. trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Plaintiff Donna L Chamberlain trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Joint Debtor Donna L Chamberlain trainorlawoffices@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 17-14473
RONALD LEE CHAMBERLAIN, SR. and :
DONNA L. CHAMBERLAIN, :
          Debtors : CHAPTER 13

**ORDER**

Upon consideration of the Motion to Amend Debtors' Chapter 13 Plan after Confirmation, IT IS HEREBY:

ORDERED that the Debtors' Fourth Amended Chapter 13 Plan is confirmed.

BY THE COURT:

**Date: May 30, 2018**

_____
                                                    J.