UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :      NO. 17-14473
RONALD LEE CHAMBERLAIN, SR. and                     :
DONNA L. CHAMBERLAIN,                               :
                    Debtors            :      CHAPTER 13

### PRAECIPE FOR WITHDRAWAL/ENTRY OF APPEARANCE

TO THE CLERK OF SAID COURT:

    Kindly withdraw my appearance on behalf of Debtors, Ronald Lee Chamberlain, Sr. and Donna L. Chamberlain.

    Papers may be served at the address set forth below:

Date: 5/26/2020

_____
Paul Edward Trainor, Esquire
Attorney I.D. 35627
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106
610-434-7004
484-224-2999 Fax
trainorlawoffices@gmail.com

    Kindly enter my appearance on behalf of Debtors, Ronald Lee Chamberlain, Sr. and Donna L. Chamberlain.

    Papers may be served at the address set forth below:

Date: 5/26/2020

_____
Michelle DeWald, Esquire
Attorney I.D. 64955
44 E Broad Street, Suite 25
Bethlehem, PA  18018
610-419-4561
610-419-4872 Fax
mdewald@rcn.com