United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ronald Lee Chamberlain, Sr.  
Donna L Chamberlain  
    Debtor(s)

Case No. 17-14473-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 2  
Date Rcvd: Oct 22, 2020     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14013733 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 23 2020 02:37:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: PaulP | Page 2 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: trc | Total Noticed: 1 |

JACK M. SEITZ
    on behalf of Mediator Jack M. Seitz jseitz@lesavoybutz.com sblake@lesavoybutz.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

MICHELLE DEWALD
    on behalf of Michelle DeWald mdewald@rcn.com

PAUL EDWARD TRAINOR
    on behalf of Plaintiff Donna L Chamberlain trainorlawoffices@gmail.com

PAUL EDWARD TRAINOR
    on behalf of Plaintiff Ronald Lee Chamberlain Sr. trainorlawoffices@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14473-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Ronald Lee Chamberlain, Sr.  
1335 Wayne Street  
Easton PA 18045

Donna L Chamberlain  
1335 Wayne Street  
Easton PA 18045

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/21/2020.

Name and Address of Alleged Transferor(s):

Claim No. 16: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146

Name and Address of Transferee:

Community Loan Servicing, LLC  
4425 Ponce De Leon Blvd., 5th Floor  
Coral Gable, FL 33146

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/24/20

Tim McGrath  
**CLERK OF THE COURT**