| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 17-14473-PMM

RONALD LEE CHAMBERLAIN, SR.
DONNA L CHAMBERLAIN
1335 WAYNE STREET
EASTON  PA    18045

Petition Filed Date: 06/30/2017
341 Hearing Date: 08/15/2017
Confirmation Date: 01/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $310.00 | 6812804588 | 02/11/2020 | $310.00 | 6812804622 | 03/10/2020 | $390.75 | 6812804665 |
| 03/17/2020 | $500.00 | 6812804672 | 04/07/2020 | $390.75 | 6812804690 | 04/21/2020 | $500.00 | 6812804700 |
| 05/08/2020 | $390.75 | 6812804711 | 05/19/2020 | $515.75 | 6812804713 | 06/11/2020 | $390.75 | 6812804738 |
| 07/08/2020 | $390.75 | 6812801305 | 08/11/2020 | $390.75 | 6812801321 | 09/15/2020 | $390.75 | 6812801341 |
| 10/14/2020 | $390.75 | 6812801365 | 11/10/2020 | $390.75 | 6812801391 | 12/09/2020 | $390.75 | 6812801405 |
| 01/14/2021 | $390.75 | 6812800036 | 02/09/2021 | $390.75 | 6812800052 | 03/17/2021 | $390.75 | 6812800068 |
| 04/12/2021 | $390.75 | 6812800090 | 05/11/2021 | $390.75 | 6812801493 | 06/08/2021 | $390.75 | 6812801508 |

**Total Receipts for the Period:  $8,387.75   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $18,092.75**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 28 | OFFICE OF WORKERS' COMP PROGRAMS »» 028 | Priority Crediors | $16,498.90 | $16,176.24 | $322.66 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMMUNITY LOAN SERVICING LLC »» 016 | Mortgage Arrears | $3,904.68 | $0.00 | $3,904.68 |
| 15 | BECKET & LEE, LLP »» 015 | Unsecured Creditors | $347.24 | $0.00 | $347.24 |
| 10 | CW NEXUS CREDIT CARD HOLDINGS LLC »» 010 | Unsecured Creditors | $1,414.37 | $0.00 | $1,414.37 |
| 9 | DELL FINANCIAL SERVICES LP »» 009 | Unsecured Creditors | $2,243.50 | $0.00 | $2,243.50 |
| 1 | FIFTH THIRD BANK »» 001 | Unsecured Creditors | $36,626.74 | $0.00 | $36,626.74 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $414.09 | $0.00 | $414.09 |
| 7 | MASON »» 007 | Unsecured Creditors | $77.74 | $0.00 | $77.74 |
| 8 | MASSEY'S »» 008 | Unsecured Creditors | $602.98 | $0.00 | $602.98 |
| 25 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $4,027.65 | $0.00 | $4,027.65 |
| 26 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 026 | Unsecured Creditors | $772.95 | $0.00 | $772.95 |
| 27 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 027 | Unsecured Creditors | $3,962.09 | $0.00 | $3,962.09 |

**Chapter 13 Case No. 17-14473-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $3,035.98 | $0.00 | $3,035.98 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $786.84 | $0.00 | $786.84 |
| 19 | MOMA FUNDING LLC<br>»» 019 | Unsecured Creditors | $2,376.69 | $0.00 | $2,376.69 |
| 20 | MOMA FUNDING LLC<br>»» 020 | Unsecured Creditors | $795.85 | $0.00 | $795.85 |
| 21 | MOMA FUNDING LLC<br>»» 021 | Unsecured Creditors | $462.15 | $0.00 | $462.15 |
| 22 | MOMA FUNDING LLC<br>»» 022 | Unsecured Creditors | $242.05 | $0.00 | $242.05 |
| 23 | MOMA FUNDING LLC<br>»» 023 | Unsecured Creditors | $666.83 | $0.00 | $666.83 |
| 11 | MONTGOMERY WARD<br>»» 011 | Unsecured Creditors | $435.87 | $0.00 | $435.87 |
| 6 | PNC BANK NA<br>»» 006 | Mortgage Arrears | $168.84 | $0.00 | $168.84 |
| 17 | PNC BANK<br>»» 017 | Unsecured Creditors | $549.53 | $0.00 | $549.53 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $700.54 | $0.00 | $700.54 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $3,111.51 | $0.00 | $3,111.51 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $1,412.65 | $0.00 | $1,412.65 |
| 18 | US BANK NA<br>»» 018 | Unsecured Creditors | $3,220.49 | $0.00 | $3,220.49 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | PAUL EDWARD TRAINOR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,092.75 | Current Monthly Payment: | $390.75 |
| Paid to Claims: | $16,176.24 | Arrearages: | ($310.00) |
| Paid to Trustee: | $1,564.84 | Total Plan Base: | $22,862.50 |
| Funds on Hand: | $351.67 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.