United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ronald Lee Chamberlain, Sr.  
Donna L Chamberlain  
    Debtors

Case No. 17-14473-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4  
Date Rcvd: Jun 30, 2022     Form ID: 138OBJ     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Lee Chamberlain, Sr., Donna L Chamberlain, 1335 Wayne Street, Easton, PA 18045-5955 |
| 13942640 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 13956541 | + | Bayview Loan Servicing, LLC, c/o Celine P. DerKrikorian, Esq., 123 South Broad Street, Ste 1400, Philadelphia, PA 19109-1060 |
| 13989384 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13961485 | + | Fifth Third Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13942655 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29603 |
| 13965107 | + | PNC Bank, NA, c/o Matteo S. Weiner, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13942659 | + | Ppl Gold Credit Union, 4703 Hamilton Street, Allentown, PA 18103-6066 |
| 14026884 | | U.S. Department of Labor, Office of Workers' Comp Programs, PO Box 8300 District 3 PHI, London, KY 40742-8300 |
| 13965557 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13942670 | + | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 01 2022 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 01 2022 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13953032 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 01 2022 00:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14013733 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 01 2022 00:20:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 13995548 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 01 2022 00:20:00 | Bayview Loan Servicing, LLC, 4425 Ponc de Leon Blvd. 5th Floor, Coral Gales, FL 33146-1839 |
| 13942643 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:22:59 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 13989528 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2022 00:23:03 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13942641 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2022 00:23:03 | Capital One, Po Box 26625, Richmond, VA 23261-6625 |
| 13993889 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2022 00:23:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13942644 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-14473-pmm    Doc 61    Filed 07/02/22    Entered 07/03/22 00:29:50    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: 138OBJ | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 01 2022 00:20:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 13942645 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2022 00:20:00 | Comenity Bank/womnwthn, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13942646 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2022 00:20:00 | Comenity Capital/hsn, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 13942647 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2022 00:20:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 13942648 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2022 00:20:00 | Comenitybk/brylane, Po Box 182789, Columbus, OH 43218-2789 |
| 13942649 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2022 00:20:00 | Comenitycap/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14553571 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2022 00:20:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 13942668 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 01 2022 00:22:59 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 13942650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:22:59 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13942652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:22:59 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13952995 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 01 2022 00:20:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 13942653 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 01 2022 00:20:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 13942642 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 01 2022 00:22:58 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13942654 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 01 2022 00:20:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13989862 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2022 00:22:59 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13989094 | + | Email/Text: bankruptcy@sccompanies.com | Jul 01 2022 00:20:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13989095 | + | Email/Text: bankruptcy@sccompanies.com | Jul 01 2022 00:20:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13942656 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2022 00:23:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14001560 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2022 00:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13989590 | + | Email/Text: bankruptcy@sccompanies.com | Jul 01 2022 00:21:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13997176 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 13985972 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13942657 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 13942658 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13992232 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:23:04 | Portfolio Recovery Associates, LLC, POB 41067, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 13946214 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 01 2022 00:23:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13993297 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2022 00:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13984089 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2022 00:20:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13942661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:22:59 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13942660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:22:59 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 13942662 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:23:08 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 13942663 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:23:08 | Syncb/lenscrafters, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 13942664 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:23:08 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 13942665 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:23:04 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 13942666 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:22:58 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13946776 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:23:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13942667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:22:59 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13997618 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 01 2022 00:20:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13942651 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 01 2022 00:20:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 13942669 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 01 2022 00:20:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 13965557 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 01 2022 12:11:45 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13942670 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 01 2022 12:11:45 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14171877 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Defendant Bayview Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Defendant Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| JACK M. SEITZ | on behalf of Mediator Jack M. Seitz jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Joint Debtor Donna L Chamberlain mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Debtor Ronald Lee Chamberlain Sr. mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Michelle DeWald mdewald@rcn.com |
| PAUL EDWARD TRAINOR | on behalf of Plaintiff Ronald Lee Chamberlain Sr. trainorlawoffices@gmail.com |
| PAUL EDWARD TRAINOR | on behalf of Plaintiff Donna L Chamberlain trainorlawoffices@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ronald Lee Chamberlain, Sr. and
Donna L Chamberlain
        Debtor(s)

Case No: 17−14473−pmm
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/30/22

60 − 59
Form 138OBJ