Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-14473-PMM**

RONALD LEE CHAMBERLAIN, SR.
DONNA L CHAMBERLAIN
1335 WAYNE STREET
EASTON  PA    18045

Petition Filed Date: 06/30/2017
341 Hearing Date: 08/15/2017
Confirmation Date: 01/25/2018

Case Status: Completed on 6/14/2022

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $390.75 | 6812800090 | 05/11/2021 | $390.75 | 6812801493 | 06/08/2021 | $390.75 | 6812801508 |
| 06/30/2021 | $390.75 | 6812801520 | 08/09/2021 | $390.75 | 6812801556 | 09/14/2021 | $390.75 | 6812801578 |
| 10/14/2021 | $390.75 | 6812800284 | 11/10/2021 | $390.75 | 6812801613 | 12/09/2021 | $390.75 | 6812801624 |
| 01/14/2022 | $390.75 | 6812800333 | 02/10/2022 | $390.75 | 6812801673 | 03/15/2022 | $471.50 | 6812801698 |
| 04/19/2022 | $390.75 | 6812801732 | 05/17/2022 | $390.75 | 6812801752 | 06/14/2022 | $390.75 | 6812800455 |

**Total Receipts for the Period:  $5,942.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $22,862.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 28 | OFFICE OF WORKERS' COMP PROGRAMS »» 028 | Priority Crediors | $16,498.90 | $16,498.90 | $0.00 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMMUNITY LOAN SERVICING LLC »» 016 | Mortgage Arrears | $3,904.68 | $3,904.68 | $0.00 |
| 15 | BECKET & LEE, LLP »» 015 | Unsecured Creditors | $347.24 | $1.63 | $345.61 |
| 10 | CW NEXUS CREDIT CARD HOLDINGS LLC »» 010 | Unsecured Creditors | $1,414.37 | $6.63 | $1,407.74 |
| 9 | DELL FINANCIAL SERVICES LP »» 009 | Unsecured Creditors | $2,243.50 | $10.52 | $2,232.98 |
| 1 | FIFTH THIRD BANK »» 001 | Unsecured Creditors | $36,626.74 | $171.75 | $36,454.99 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $414.09 | $1.94 | $412.15 |
| 7 | MASON »» 007 | Unsecured Creditors | $77.74 | $0.36 | $77.38 |
| 8 | MASSEY'S »» 008 | Unsecured Creditors | $602.98 | $2.83 | $600.15 |
| 25 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $4,027.65 | $18.89 | $4,008.76 |
| 26 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 026 | Unsecured Creditors | $772.95 | $3.62 | $769.33 |
| 27 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 027 | Unsecured Creditors | $3,962.09 | $18.58 | $3,943.51 |
| 4 | MOMA FUNDING LLC »» 004 | Unsecured Creditors | $3,035.98 | $14.24 | $3,021.74 |

**Chapter 13 Case No. 17-14473-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | MOMA FUNDING LLC »» 005 | Unsecured Creditors | $786.84 | $3.69 | $783.15 |
| 19 | MOMA FUNDING LLC »» 019 | Unsecured Creditors | $2,376.69 | $11.14 | $2,365.55 |
| 20 | MOMA FUNDING LLC »» 020 | Unsecured Creditors | $795.85 | $3.73 | $792.12 |
| 21 | MOMA FUNDING LLC »» 021 | Unsecured Creditors | $462.15 | $2.17 | $459.98 |
| 22 | MOMA FUNDING LLC »» 022 | Unsecured Creditors | $242.05 | $1.13 | $240.92 |
| 23 | MOMA FUNDING LLC »» 023 | Unsecured Creditors | $666.83 | $3.13 | $663.70 |
| 11 | MONTGOMERY WARD »» 011 | Unsecured Creditors | $435.87 | $2.04 | $433.83 |
| 6 | PNC BANK NA »» 006 | Mortgage Arrears | $168.84 | $168.84 | $0.00 |
| 17 | PNC BANK »» 017 | Unsecured Creditors | $549.53 | $2.58 | $546.95 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $700.54 | $3.28 | $697.26 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $3,111.51 | $14.59 | $3,096.92 |
| 14 | QUANTUM3 GROUP LLC as agent for »» 014 | Unsecured Creditors | $1,412.65 | $6.62 | $1,406.03 |
| 18 | US BANK NA »» 018 | Unsecured Creditors | $3,220.49 | $15.10 | $3,205.39 |
| 3 | WELLS FARGO DEALER SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | PAUL EDWARD TRAINOR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 29 | CITIFINANCIAL | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | CHASE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | COMENITY CAPITAL/HSN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | DSNB/MACYS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | EXXMBLCITI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | PPL GOLD CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | SEARS/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | WEBBANK/DFS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | MONTGOMERY WARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-14473-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,862.50 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $20,892.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,969.89 | Total Plan Base: | $22,862.50 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.