United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ronald Lee Chamberlain, Sr.  
Donna L Chamberlain  
    Debtors

Case No. 17-14473-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Aug 12, 2022      Form ID: 138FIN      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Lee Chamberlain, Sr., Donna L Chamberlain, 1335 Wayne Street, Easton, PA 18045-5955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 12 2022 23:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 12 2022 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor NATIONSTAR MORTGAGE LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | |

on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN
   on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN
   on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN
   on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@mwc-law.com

DENISE ELIZABETH CARLON
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

JACK M. SEITZ
   on behalf of Mediator Jack M. Seitz jseitz@lesavoybutz.com  sblake@lesavoybutz.com

KEVIN G. MCDONALD
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

MICHELLE DEWALD
   on behalf of Joint Debtor Donna L Chamberlain mdewald@rcn.com

MICHELLE DEWALD
   on behalf of Debtor Ronald Lee Chamberlain  Sr. mdewald@rcn.com

MICHELLE DEWALD
   on behalf of Michelle DeWald mdewald@rcn.com

PAUL EDWARD TRAINOR
   on behalf of Plaintiff Donna L Chamberlain trainorlawoffices@gmail.com

PAUL EDWARD TRAINOR
   on behalf of Plaintiff Ronald Lee Chamberlain  Sr. trainorlawoffices@gmail.com

REBECCA ANN SOLARZ
   on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

───────────────────────────────────────────────

In Re: Ronald Lee Chamberlain, Sr. and
Donna L Chamberlain
       Debtor(s)                            Case No: 17−14473−pmm
                                                                                  Chapter: 13

───────────────────────────────────────────────

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

                      United States Bankruptcy Court
                   Office of the Clerk, Gateway Building
                       201 Penn Street, 1st Floor
                          Reading, PA 19601

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/12/22