United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-14473-pmm

Ronald Lee Chamberlain, Sr.                                                   Chapter 13

Donna L Chamberlain

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                              Page 1 of 2

Date Rcvd: Sep 12, 2022                  Form ID: 195                          Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Lee Chamberlain, Sr., Donna L Chamberlain, 1335 Wayne Street, Easton, PA 18045-5955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 23:54:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor NATIONSTAR MORTGAGE  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 12, 2022                        Form ID: 195                                  Total Noticed: 2

on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN

on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN

on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN

on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@mwc-law.com

DENISE ELIZABETH CARLON

on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

JACK M. SEITZ

on behalf of Mediator Jack M. Seitz jseitz@lesavoybutz.com  sblake@lesavoybutz.com

KEVIN G. MCDONALD

on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI

on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER

on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

MICHELLE DEWALD

on behalf of Joint Debtor Donna L Chamberlain mdewald@rcn.com

MICHELLE DEWALD

on behalf of Debtor Ronald Lee Chamberlain  Sr. mdewald@rcn.com

MICHELLE DEWALD

on behalf of Michelle DeWald mdewald@rcn.com

PAUL EDWARD TRAINOR

on behalf of Plaintiff Donna L Chamberlain trainorlawoffices@gmail.com

PAUL EDWARD TRAINOR

on behalf of Plaintiff Ronald Lee Chamberlain  Sr. trainorlawoffices@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13


Ronald Lee Chamberlain, Sr. and Donna L Chamberlain          : Case No. 17−14473−pmm
       Debtor(s)


### *ORDER*

_____


    AND NOW, this day , September 12, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



              By The Court

              Patricia M. Mayer
              Judge , United States Bankruptcy Court